UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

JUDY COURTIER and )
JOHN COURTIER )
        Plaintiffs, )
)
v. ) CASE NO. 1:18-cv-14-GNS
) (e-filed)
UNITED STATES OF AMERICA, )
)
        Defendant. )
)

## ORDER OF SUBSTITUTION

Upon motion of the United States to substitute itself in lieu of the Cumberland Family Medical Center d/b/a Monroe Family Medical Center as the properly named defendant in this action, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States of America be substituted in lieu of Cumberland Family Medical Center d/b/a Monroe Family Medical Center. Accordingly, the Cumberland Family Medical Center d/b/a Monroe Family Medical Center is hereby **DISMISSED** as a party to this action pursuant to the Federally Supported Health Centers Assistance Act (FSHCAA), 42 U.S.C. § 233.

**IT IS FURTHER ORDERED** that the caption of this action shall be amended, as demonstrated herein, to reflect the substitution of the United States as Defendant in place of the Cumberland Family Medical Center d/b/a Monroe Family Medical Center.

**Greg N. Stivers, Judge
United States District Court**

April 30, 2018